**Dedric SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 68324.**

Missouri Court of Appeals,
Western District.

Oct. 14, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 2008.

Application for Transfer Denied
Jan. 27, 2009.

Ruth Sanders, Kansas City, MO, for Appellant.

Robert J. (Jeff) Bartholomew, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., RONALD R. HOLLIGER, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM.

Mr. Dedric Scott appeals the judgment of the motion court denying his post-conviction relief motion after an evidentiary hearing. He claims that his trial counsel was ineffective for failing to call an expert to refute the State's expert testimony concerning the condition of a bullet found at the scene.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).